Roland HALE & Mrs. Roland Hale, Movants, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

March 24, 1950.

Wheeler & Marshall for movants.

A. E. Funk, Attorney General, and Zeb A. Stewart, Assistant Attorney General, for opposed.

PER CURIAM.

Judgment of conviction for maintaining a common nuisance and imposing a fine of $100 on each of the defendants. Appeal denied. Judgment affirmed.

GLASGOW COCA-COLA BOTTLING WORKS, Inc., Movant, v. Edwin REED, Opposed.

Court of Appeals of Kentucky.

April 21, 1950.

John E. Richardson and Uhel O. Barrickman for movant.

Wilson & Wilson opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

Paul OVERSTREET, Appellant, v. COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

April 25, 1950.

Montgomery & Montgomery for appellant.

A. E. Funk, Attorney General, and Wm. F. Simpson, Assistant Attorney General, for appellee.

Motion for an appeal from a judgment of the Casey Circuit Court, convicting movant of selling whisky in local option territory and imposing a $50 fine and confinement in the County Jail for thirty days. The motion is overruled, appeal denied, and the judgment is affirmed.